Mary HARRIS, Respondent Below, Appellant,

v.

DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, Petitioner Below, Appellee.

No. 288, 2016

Supreme Court of Delaware.

Submitted: December 14, 2016
Decided: December 16, 2016

Court Below—Family Court of the State of Delaware, File Nos. CN15–02795 & CN15–02750, Petition Nos. 15–12389, 15–12104 and 16–02304

AFFIRMED.